IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BURTON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO: 2:05-CV- 4872 |
| | : | |
| GERALD ROZUM, et. al., | : | |
| Respondent. | : | |

ORDER

AND NOW, this 24th day of March, 2006, upon consideration of the Petitioner Michael Burton's Petition for Writ of Habeas Corpus (Doc. No.1), and after careful review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. No. 10), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and Adopted.

2. The Petition for Writ of Habeas Corpus is DENIED.

3. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

LEGROME D. DAVIS, J